UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

| | |
|---|---|
| TROY K. SCHEFFLER, | 15 CV 4436 DSD/SER |
| Plaintiff, | PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S |
| vs. | MOTION FOR SANCTIONS: DECLARATION |
| GURSTEL CHARGO, P.A., | |
| Defendant. | |

---

COMES NOW THE DECLARANT AND STATES THE FOLLOWING:

1. My name is Peter J. Nickitas.

2. I am attorney for the Plaintiff, Troy K. Scheffler.

3. I attach and incorporate the following documents to this declaration:

    A. Exhibit A: Safe Harbor Notice with Corresponding Responses, filed and served on 27 September 2016;

    B. Exhibit B, Safe Harbor Notice, 6 September 2016

    C. Exhibit C: Declaration of Troy K. Scheffler;

    D. Exhibit D: 19 August 2016 Letter from Manuel Newburger

    E. Exhibit E: 27 August 2016 Letter to Opposing Counsel Amy Goltz

    F. Exhibit F: 29 August 2016 Letter to Magistrate Judge Rau

    G. Exhibit G: 2 September 2016 Email cover to Magistrate Judge Rau

    H. Exhibit H: 6 September 2016 Letter to Magistrate Judge Rau

    I. Exhibit I: 26 September 2016 Letter from Manuel Newburger

    J. Exhibit J: 7 October 2016 Letter to Opposing Counsel

1

K. Exhibit K: 27 September 2016 Email to Opposing Counsel with attached response to safe harbor letter

4. NOTHING FOLLOWS FROM YOUR DECLARANT.

| | |
|---|---|
| 12 June 2017 | Respectfully: |
| | /s/ *Peter J. Nickitas* (electronically signed) |
| | _____ |
| | Peter J. Nickitas |

| | |
|---|---|
| 12 June 2017 | Respectfully: |
| | Peter J. Nickitas Law Office, LLC |
| | /s/ *Peter J. Nickitas* (electronically signed) |
| | Peter J. Nickitas |
| | Attorney for Plaintiff, MN Att'y #212313 |
| | 431 S. 7th St., Suite 2446 |
| | Minneapolis, MN 55415 |
| | 612.440.7285/651-238-3445/1.888.389.7890 |
| | peterjnickitaslawllc@gmail.com |