UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 15-4436(DSD/SER)

Troy K. Scheffler,

      Plaintiff,

v.                                              **ORDER**

Gurstel Chargo, P.A.

      Defendant.

      Peter J. Nickitas, Esq., 431 South 7th Street, Suite 2446, Minneapolis, MN 55415, counsel for plaintiff.

      Manuel H. Newburger, Esq. and Barron & Newburger, PC, 1212 Guadalupe, Suite 104, Austin, TX 78701 and Amy M. Goltz, Esq. and Gurstel Chargo, P.A., 6681 Country Club Drive, Golden Valley, MN 55427, counsel for defendant.

This matter is before the court upon the request by defendant Gurstel Chargo, P.A. to file a motion to reconsider the court's denial of its motion for sanctions. See ECF No. 116.

Motions to reconsider require the express permission of the court and will be granted only upon a showing of "compelling circumstances." D. Minn. LR 7.1(j). A motion to reconsider should not be employed to relitigate old issues but rather to "afford an opportunity for relief in extraordinary circumstances." Dale & Selby Superette & Deli v. U.S. Dep't of Agric., 838 F. Supp. 1346, 1348 (D. Minn. 1993).

The court has reviewed Gurstel's request and finds that no extraordinary circumstances exist that warrant reconsideration of the court's prior ruling.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The request to withdraw the motion for reconsideration as filed in error is granted;

2. The motion for reconsideration [ECF No. 118] shall be stricken from the docket; and

3. The letter request for permission to file a motion to reconsider [ECF No. 120] is denied.


Dated: August 14, 2017

                                               s/David S. Doty
                                               David S. Doty, Judge
                                               United States District Court